**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MINDSHIFT TECHNOLOGIES INC., | **14 Civ. 07555 (PGG)** |
| Plaintiff, | |
| v. | **NOTICE OF** |
| | **APPEARANCE** |
| PETER OETTINGER, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Peter Oettinger.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          January 8, 2015

                                        MINTZ AND GOLD, LLP

                              By:   s/   Scott A. Klein
                                    Scott A. Klein
                                    600 Third Avenue
                                    New York, NY 10016
                                    Tel:  (212) 696-4848
                                    Fax:  (212) 696-1231
                                    *Klein@mintzandgold.com*