UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDSHIFT TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER OETTINGER, <br><br> Defendant. | 14 Civ. 07555 (PGG) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Peter Oettinger.

    I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          January 8, 2015

                                    MINTZ AND GOLD, LLP

                    By:   s/   Mark S. Pomerantz
                          Mark S. Pomerantz
                          600 Third Avenue – 25th Floor
                          New York, NY 10016
                          Tel:  (212) 696-4848
                          Fax:  (212) 696-1231
                          *Pomerantz@mintzandgold.com*