UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDSHIFT TECHNOLOGIES INC., <br><br>　　　　　　　　　Plaintiff, <br>　v. <br><br>PETER OETTINGER, <br><br>　　　　　　　　　Defendant. | 14 Civ. 07555 (PGG) <br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for defendant Peter Oettinger.

　　I certify that I am admitted to practice in this Court.

Dated:　New York, New York
　　　　January 8, 2015

　　　　　　　　　　　　　　　　MINTZ AND GOLD, LLP

　　　　　　　　　　　By:　s/   Steven G. Mintz
　　　　　　　　　　　　　　Steven G. Mintz
　　　　　　　　　　　　　　600 Third Avenue – 25th Floor
　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　Tel:  (212) 696-4848
　　　　　　　　　　　　　　Fax:  (212) 696-1231
　　　　　　　　　　　　　　*Mintz@mintzandgold.com*