# MINTZ & GOLD LLP
ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
PAUL OSTENSEN
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING*
LISABETH HARRISON
JACK A. HORN
MARK POMERANTZ
NOREEN E. COSGROVE
ROBIN C. FRIED
RYAN W. LAWLER*
TIMOTHY H. WOLF
TIMOTHY J. QUILL, JR.
ALISON B. HERLANDS
ADAM D. FRIEDLAND

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

OF COUNSEL

HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)

HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])

HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY

January 8, 2015

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    *Mindshift Technologies, Inc. v. Peter Oettinger*, No. 14-07555 (PGG)

Dear Judge Gardephe:

    This firm represents defendant Peter Oettinger in the above-captioned action. This letter is being sent with the consent of Plaintiff's counsel to request an extension of the Initial Pretrial Conference.

    **Original Date:** The conference is currently scheduled for January 15, 2015.

    **The Length of Time requested for an Adjournment and Proposed Dates:**
Defendant respectfully requests a three week adjournment. The parties have agreed to a proposed new date of February 5, 2015 or alternatively, February 12, 2015. This is the first request for an adjournment of the conference.

## MINTZ & GOLD LLP
ATTORNEYS AT LAW

The Honorable Paul G. Gardephe
January 8, 2015
Page 2

**The Reason for the Requested Adjournment:** I have depositions scheduled in a Southern District of New York case throughout the last three weeks of January, with a discovery deadline of January 30, 2015. In addition, my partner Scott Klein has two briefs to submit to the Appellate Division: Second Department on January 23, 2015 and a continued hearing in Kings County Supreme Court on January 27, 2015 and January 28, 2015.

**Consent:** Plaintiffs' counsel has consented to the requested adjournment.

Respectfully submitted,

s/   Steven G. Mintz

Cc:   Andrew Thomas Hahn, Esq. (via ECF)
James Howard Steigerwald, Esq. (via email)