# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W GOLD | 600 THIRD AVENUE | OF COUNSEL |
| STEVEN G. MINTZ* | 25TH FLOOR | HONORABLE VITO J. TITONE (dec.) |
| ALAN KATZ | NEW YORK, NEW YORK 10016 | (NY State Court of Appeals 1985-1998) |
| JEFFREY D POLLACK* | | HONORABLE HOWARD MILLER |
| ELLIOT G SAGOR | | (NY Appellate Div 1999-2010 [ret.]) |
| STEVEN A SAMIDE | | HARVEY J. HOROWITZ |
| SCOTT A. KLEIN | TELEPHONE (212) 696-4848 | NEAL M. GOLDMAN |
| TERENCE W. McCORMICK | FACSIMILE (212) 696-1231 | ERIC M. KUTNER |
| ROBERT B LACHENAUER | | ANDREW P NAPOLITANO† |
| PAUL OSTENSEN | www.mintzandgold.com | |
| KEVIN M. BROWN | | |
| ALEXANDER H. GARDNER | | †ADMITTED TO PRACTICE ONLY BEFORE ALL |
| HEATH LORING* | | COURTS IN NEW JERSEY AND ALL FEDERAL COURTS |
| LISABETH HARRISON | | IN NEW YORK CITY |
| JACK A. HORN | | |
| MARK POMERANTZ | | |
| NOREEN E. COSGROVE | | |
| ROBIN C. FRIED | | |
| RYAN W. LAWLER† | | |
| TIMOTHY H. WOLF | | |
| TIMOTHY J. QUILL, JR. | | |
| ALISON B HERLANDS | | |
| ADAM D FRIEDLAND | | |

\* ALSO ADMITTED IN NEW JERSEY

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/13/15]

January 8, 2015

**VIA ECF**

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 13, 2015

[Handwritten: The conference is adjourned to Feb. 5, 2015 at 10:45 A.M. The Clerk will terminate Dkt. No. 22.]

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   *Mindshift Technologies, Inc. v. Peter Oettinger*, No. 14-07555 (PGG)

Dear Judge Gardephe:

This firm represents defendant Peter Oettinger in the above-captioned action. This letter is being sent with the consent of Plaintiff's counsel to request an extension of the Initial Pretrial Conference.

**Original Date:** The conference is currently scheduled for January 15, 2015.

**The Length of Time requested for an Adjournment and Proposed Dates:** Defendant respectfully requests a three week adjournment. The parties have agreed to a proposed new date of February 5, 2015 or alternatively, February 12, 2015. This is the first request for an adjournment of the conference.

# MINTZ & GOLD LLP
ATTORNEYS AT LAW

The Honorable Paul G. Gardephe
January 8, 2015
Page 2

**The Reason for the Requested Adjournment:** I have depositions scheduled in a Southern District of New York case throughout the last three weeks of January, with a discovery deadline of January 30, 2015. In addition, my partner Scott Klein has two briefs to submit to the Appellate Division: Second Department on January 23, 2015 and a continued hearing in Kings County Supreme Court on January 27, 2015 and January 28, 2015.

**Consent:** Plaintiffs' counsel has consented to the requested adjournment.

Respectfully submitted,

s/   Steven G. Mintz

Cc:   Andrew Thomas Hahn, Esq. (via ECF)
      James Howard Steigerwald, Esq. (via email)