UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mindSHIFT Technologies Inc.
              Plaintiff,

-against-

Peter Oettinger
              Defendant.

1:14 cv 07555 (PGG)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of _James Howard Steigerwald_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Pennsylvania and New Jersey_; and that his/her contact information is as follows (please print):

Applicant's Name: James Howard Steigerwald

Firm Name: Duane Morris LLP

Address: 30 South 17th Street

City / State / Zip: Philadelphia, PA 19103

Telephone / Fax: 215-979-1145 (t); 215-689-4407 (f)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _mindSHIFT Technologies Inc._ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Jan. 13, 2015

_Paul G. Gardephe_
United States District / ~~Magistrate~~ Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/15