UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mindSHIFT Technologies, Inc.

                Plaintiff,

-against-

Joel Altobello, Patrick Sklodowski and Square 10 Solutions, LLC
                Defendant.

14-CV-7555 (PGG)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Thomas T. Loder__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiff mindSHIFT Tech., Inc__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania & New Jersey__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_/s/ Thomas Loder_

Applicant Signature

Applicant's Name: __Thomas T. Loder__

Firm Name: __Duane Morris LLP__

Address: __30 South 17th Street__

City / State / Zip: __Philadelphia, PA 19103__

Telephone / Fax: __(215) 979-1246/1020__

E-Mail: __ttloder@duanemorris.com__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mindSHIFT Technologies, Inc.
                    Plaintiff,

                                                    14-CV-7555 (PGG)
        -against-
Joel Altobello, Patrick Sklodwski          ORDER FOR ADMISSION
and Square 10 Solutions, LLC                    PRO HAC VICE
                    Defendant.

The motion of __Thomas T. Loder__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania & New Jersey__; and that his/her contact information is as follows (please print):

Applicant's Name: __Thomas T. Loder__

Firm Name: __Duane Morris LLP__

Address: __30 South 17th Street__

City / State / Zip: __Philadelphia, PA 19103__

Telephone / Fax: __215-979-1246__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff mindSHIFT Technologies, Inc.__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____         _____
                                    United States District / Magistrate Judge



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Thomas Theodore Loder, Esq.*

### DATE OF ADMISSION

*September 30, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 22, 2014

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **THOMAS T LODER** (No. **029571984**) was constituted and appointed an Attorney at Law of New Jersey on **July 01, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **December**, 20**14**

*Clerk of the Supreme Court*

-453a-