USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mindSHIFT Technologies, Inc.
              Plaintiff,

-against-

Joel Altobello, Patrick Sklodwski
and Square 10 Solutions, LLC
              Defendant.

14-CV-7555 (PGG)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Thomas T. Loder__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__Pennsylvania & New Jersey__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Thomas T. Loder__

    Firm Name: __Duane Morris LLP__

    Address: __30 South 17th Street__

    City / State / Zip: __Philadelphia, PA 19103__

    Telephone / Fax: __215-979-1246__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Plaintiff mindSHIFT Technologies, Inc.__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __Jan. 20, 2015__

                                                     United States District / ~~Magistrate~~ Judge